**Order entered November 5, 2021**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00842-CV

## DRC MEDIA, LLC D/B/A FORT WORTH BUSINESS PRESS, ET AL., Appellants

## V.

## MIDWAY PRESS LTD., Appellee

### On Appeal from the 191st Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-20-04434

## ORDER

Before the Court is appellants' November 3, 2021 motion requesting a forty-five day extension of time to file their brief on the merits. We **GRANT** the motion **only to the extent** that we extend the deadline to **December 29, 2021**.

/s/    BONNIE LEE GOLDSTEIN
        JUSTICE